**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>GREGGORY MICHEL<br>MELANIE MICHEL | |
| | Case No. 15-23662JAD |
| Debtor(s) | |
| | Chapter 13 |
| Ronda J. Winnecour | |
| | Document No.___ |
| Movant<br>vs. | |
| EVERBANK(*) | |
| Respondent(s) | |

NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL

    Chapter 13 Trustee Ronda J. Winnecour hereby gives notice to the holders of claims secured by a security interest in the debtor's principal residence, i.e., the Respondents named above, that the claim has been paid in full. The Trustee will not make any further payments to the creditor for taxes, insurance, or other escrow items. Going forward the debtor(s) shall pay property taxes and insurance premiums directly.

    The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full, with applicable interest, the amount required to pay the claim in full. The statement should itemize the required cure, if any, that the holder contends remain unpaid as of the date of this statement.

Trustee Record Number - 1
Court Claim Number - 18

10/28/2020

/s/   Ronda J. Winnecour
Pa. ID  #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
GREGGORY MICHEL
MELANIE MICHEL
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.

EVERBANK(*)
    Respondent(s)

Case No.15-23662JAD

Chapter 13

Document No.___

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL upon the following, by regular United States mail, postage prepaid, addressed as follows:

> GREGGORY MICHEL, MELANIE MICHEL, 131 BROADLAWN DRIVE, ELIZABETH, PA 15037
>
> BRAD HAMRIC PC, MOWRY OFFICE BLDG, 90 CLAIRTON BLVD, PITTSBURGH, PA 15236
>
> EVERBANK(*), 301 WEST BAY ST, JACKSONVILLE, FL  32202
>
> MCCABE WEISBERG & CONWAY PC (FORMERLY ATTN ALEXANDRA T GARCIA)**, 123 S BROAD ST STE 1400, PHILADELPHIA, PA  19109

10/28/2020

/s/ Roberta Saunier

Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com