**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Greggory Michel                              CHAPTER 13
       Melanie Michel
            Debtor(s)                              BKY. NO. 15-23662 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                          Respectfully submitted,

                          /s/ Brian C. Nicholas
                          Brian Nicholas
                          27 Oct 2020, 15:30:08, EDT

                          Brian C. Nicholas, Esquire
                          Attorney I.D. No. 317240
                          KML Law Group, P.C.
                          BNY Mellon Independence Center
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106
                          412-430-3594
                          bkgroup@kmllawgroup.com