Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Greggory Michel**
**Melanie Michel**
Debtor(s)

Bankruptcy Case No.: 15−23662−JAD

Chapter: 13
Docket No.: 69 − 65

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 28th of October, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/28/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/6/21 at 11:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/28/20.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Greggory Michel  
Melanie Michel  
    Debtor(s)

Case No. 15-23662-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jfur     Page 1 of 3  
Date Rcvd: Oct 28, 2020     Form ID: 408     Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Greggory Michel, 131 Broadlawn Drive, Elizabeth, PA 15037-2044 |
| jdb | + | Melanie Michel, 131 Broadlawn Drive, Elizabeth, PA 15037-2044 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14185644 | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, PA 33631-3785 |
| 14117592 | + | Bank of America, Box 31785, Tampa, FL 33631-3785 |
| 14117590 | + | Best Buy, Box 6204, Sioux Falls, SD 57117-6204 |
| 14155284 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14117604 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Sears, Box 183082, Columbus, OH 43218 |
| 14117595 | + | Dollar Bank, Box 8469, Canton, OH 44711-8469 |
| 15208417 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14176125 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14176124 | | Dollar Bank, FSB, Three Gateway Center, Pittsburgh, PA 15222 |
| 14117596 | + | Even Home Mortgage, Box 530579, Atlanta, GA 30353-0579 |
| 14117597 | + | First National Bank of Omaha, Box 2557, Omaha, NE 68103-2557 |
| 14163829 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14117599 | + | Navigant Credit Union, 1005 Douglas Pike, Smithfield, RI 02917-1206 |
| 14297977 | + | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE, MOORPARK, CA 93021-2602 |
| 14125513 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14117601 | + | PNC, Box 3429, Pittsburgh, PA 15230-3429 |
| 14140363 | + | PNC BANK, N/A, P O BOX 94982, CLEVELAND OHIO 44101-4982 |
| 14177510 | + | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OH 44101-4982 |
| 14117602 | | PNC Bank, Box 856177, Atlanta, GA 30353 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Oct 29 2020 02:38:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14117591 | + | Email/Text: servicing@afcfirst.com | Oct 29 2020 02:39:00 | AFC First Financial, Box 3558, Allentown, PA 18106-0558 |
| 14162547 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 29 2020 02:37:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14117593 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 29 2020 02:08:32 | Capital One, Box 71083, Charlotte, NC 28272-1083 |
| 14141239 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 29 2020 02:08:32 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |

Case 15-23662-JAD    Doc 71    Filed 10/30/20    Entered 10/31/20 00:39:06    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: 408 | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14117594 | + | Email/Text: mrdiscen@discover.com | Oct 29 2020 02:37:00 | Discover, Box 71084, Charlotte, NC 28272-1084 |
| 14121924 | | Email/Text: mrdiscen@discover.com | Oct 29 2020 02:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14117598 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 29 2020 02:37:00 | Kohls, Box 2983, Milwaukee, WI 53201-2983 |
| 14177419 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2020 02:08:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14117600 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2020 01:07:53 | Pay Pal Credit, Box 105658, Atlanta, GA 30348-5658 |
| 14952544 | + | Email/Text: bncmail@w-legal.com | Oct 29 2020 02:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14117603 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2020 01:06:08 | Sams Club, Box 530942, Atlanta, GA 30353-0942 |
| 14117605 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2020 01:04:17 | Synchnony Bank, Box 960061, Orlando, FL 32896-0061 |
| 14177772 | | Email/Text: BKMail@tiaabank.com | Oct 29 2020 02:37:00 | EverBank, 301 West Bay Street, Jacksonville, FL 32202 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. C/O Pennymac Loan Services, |
| cr | | Bank of America, N.A. |
| cr | | EverBank |
| cr | | EverBank |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC AS SERVICER FOR BANK O |
| cr | | Pennymac Loan Services, LLC |
| cr | * | Dollar Bank, FSB, Three Gateway Center, Pittsburgh, PA 15222 |
| 14177526 | *+ | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OH 44101-4982 |
| 14174852 | *+ | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101-4982 |

TOTAL: 7 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|

| District/off: 0315-2 | User: jfur | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: 408 | Total Noticed: 36 |

Alexandra Teresa Garcia
    on behalf of Creditor EverBank ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com

Ann E. Swartz
    on behalf of Creditor EverBank ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com

Beth L. Slaby
    on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com

Brad L. Hamric
    on behalf of Joint Debtor Melanie Michel hamriclaw@comcast.net

Brad L. Hamric
    on behalf of Debtor Greggory Michel hamriclaw@comcast.net

Brian Nicholas
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Celine P. DerKrikorian
    on behalf of Creditor EverBank ecfmail@mwc-law.com

David W. Raphael
    on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com

Jerome B. Blank
    on behalf of Creditor Bank of America  N.A. pawb@fedphe.com

Joseph A. Dessoye
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

Joseph P. Schalk
    on behalf of Creditor Bank of America  N.A. jschalk@barley.com, sromig@barley.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul William Cressman
    on behalf of Creditor Bank of America  N.A. pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC pawb@fedphe.com

Thomas Song
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC AS SERVICER FOR BANK OF AMERICA, N.A. pawb@fedphe.com

TOTAL: 17