**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GREGGORY MICHEL<br>MELANIE MICHEL<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:15-23662 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 26, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 10/05/2015 and confirmed on 11/30/15. The case was subsequently          Completed After Confirmation

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 177,068.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 177,068.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,800.00 | |
|    Trustee Fee | 7,994.47 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,794.47 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 65,166.34 | 0.00 | 65,166.34 |
|     Acct: 4782 | | | | |
|   DOLLAR BANK FSB(*) | 7,637.30 | 7,637.30 | 0.00 | 7,637.30 |
|     Acct: 3464 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 1,554.15 | 1,554.15 | 0.00 | 1,554.15 |
|     Acct: 4782 | | | | |
|   NAVIGANT CREDIT UNION | 9,566.47 | 9,566.47 | 984.52 | 10,550.99 |
|     Acct: 2920 | | | | |
|   PNC BANK NA | 8,991.81 | 8,991.81 | 344.84 | 9,336.65 |
|     Acct: 0808 | | | | |
|   PNC BANK NA | 11,220.76 | 11,220.76 | 1,171.71 | 12,392.47 |
|     Acct: 3044 | | | | |
|   EVERBANK(*) | 10,513.88 | 10,513.88 | 1,096.83 | 11,610.71 |
|     Acct: 9150 | | | | |
| | | | | 118,248.61 |
| **Priority** | | | | |
|   BRAD HAMRIC PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GREGGORY MICHEL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRAD HAMRIC PC | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EVERBANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9150 | | | | |
|   EVERBANK(*) | 1,298.00 | 1,298.00 | 0.00 | 1,298.00 |
|     Acct: 9150 | | | | |
|   RONDA J WINNECOUR PA ID #30399** | 87.10 | 87.10 | 0.00 | 87.10 |
|     Acct: $/OE | | | | |
| | | | | 1,385.10 |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,761.83 | 1,700.40 | 0.00 | 1,700.40 |
|     Acct: 2526 | | | | |
|   AFC FIRST FINANCIAL CORP | 1,899.46 | 1,833.23 | 0.00 | 1,833.23 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: | | | | |
|     CAPITAL ONE BANK (USA) NA BY AMERIC | 1,115.09 | 1,076.22 | 0.00 | 1,076.22 |
|     Acct: 4681 | | | | |
|     DISCOVER BANK(*) | 3,023.13 | 2,917.73 | 0.00 | 2,917.73 |
|     Acct: 2592 | | | | |
|     FIRST NATIONAL BANK OF OMAHA(*) | 1,829.79 | 1,765.99 | 0.00 | 1,765.99 |
|     Acct: 9437 | | | | |
|     CAPITAL ONE NA** | 1,935.00 | 1,867.54 | 0.00 | 1,867.54 |
|     Acct: 1626 | | | | |
|     BILL ME LATER INC A/S/F SYNCHRONY B/ | 662.38 | 639.29 | 0.00 | 639.29 |
|     Acct: 3540 | | | | |
|     PNC BANK NA | 3,341.15 | 3,224.67 | 0.00 | 3,224.67 |
|     Acct: 5834 | | | | |
|     GECC/SAMS CLUB++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, LL | 11,205.06 | 10,814.41 | 0.00 | 10,814.41 |
|     Acct: 3572 | | | | |
|     MIDLAND FUNDING LLC | 8,682.69 | 8,379.98 | 0.00 | 8,379.98 |
|     Acct: 6730 | | | | |
|     MIDLAND FUNDING LLC | 5,109.95 | 4,931.80 | 0.00 | 4,931.80 |
|     Acct: 1792 | | | | |
|     MIDLAND FUNDING LLC | 6,347.42 | 6,126.13 | 0.00 | 6,126.13 |
|     Acct: 1792 | | | | |
|     PNC BANK NA | 473.37 | 456.87 | 0.00 | 456.87 |
|     Acct: 8704 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, LL | 938.27 | 905.56 | 0.00 | 905.56 |
|     Acct: 3671 | | | | |
|     PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     MCCABE WEISBERG & CONWAY PC (FOF | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 46,639.82 |

TOTAL PAID TO CREDITORS                                                              166,273.53

    TOTAL CLAIMED
    PRIORITY          1,385.10
    SECURED          49,484.37
    UNSECURED        48,324.59

Date: 10/26/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    GREGGORY MICHEL
    MELANIE MICHEL
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-23662 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Greggory Michel  
Melanie Michel  
    Debtor(s)

Case No. 15-23662-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jfur     Page 1 of 3  
Date Rcvd: Oct 28, 2020     Form ID: pdf900     Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Greggory Michel, 131 Broadlawn Drive, Elizabeth, PA 15037-2044 |
| jdb | + | Melanie Michel, 131 Broadlawn Drive, Elizabeth, PA 15037-2044 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14185644 | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, PA 33631-3785 |
| 14117592 | + | Bank of America, Box 31785, Tampa, FL 33631-3785 |
| 14117590 | + | Best Buy, Box 6204, Sioux Falls, SD 57117-6204 |
| 14155284 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14117604 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Sears, Box 183082, Columbus, OH 43218 |
| 14117595 | + | Dollar Bank, Box 8469, Canton, OH 44711-8469 |
| 15208417 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14176125 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14176124 | | Dollar Bank, FSB, Three Gateway Center, Pittsburgh, PA 15222 |
| 14117596 | + | Even Home Mortgage, Box 530579, Atlanta, GA 30353-0579 |
| 14117597 | + | First National Bank of Omaha, Box 2557, Omaha, NE 68103-2557 |
| 14163829 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14117599 | + | Navigant Credit Union, 1005 Douglas Pike, Smithfield, RI 02917-1206 |
| 14297977 | + | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE, MOORPARK, CA 93021-2602 |
| 14125513 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14117601 | + | PNC, Box 3429, Pittsburgh, PA 15230-3429 |
| 14140363 | + | PNC BANK, N/A, P O BOX 94982, CLEVELAND OHIO 44101-4982 |
| 14177510 | + | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OH 44101-4982 |
| 14117602 | | PNC Bank, Box 856177, Atlanta, GA 30353 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Oct 29 2020 02:38:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14117591 | + | Email/Text: servicing@afcfirst.com | Oct 29 2020 02:39:00 | AFC First Financial, Box 3558, Allentown, PA 18106-0558 |
| 14162547 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 29 2020 02:37:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14117593 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 29 2020 02:07:44 | Capital One, Box 71083, Charlotte, NC 28272-1083 |
| 14141239 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 29 2020 02:06:54 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |

Case 15-23662-JAD   Doc 72   Filed 10/30/20   Entered 10/31/20 00:39:06   Desc Imaged
                    Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14117594 | + | Email/Text: mrdiscen@discover.com | Oct 29 2020 02:37:00 | Discover, Box 71084, Charlotte, NC 28272-1084 |
| 14121924 | | Email/Text: mrdiscen@discover.com | Oct 29 2020 02:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14117598 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 29 2020 02:37:00 | Kohls, Box 2983, Milwaukee, WI 53201-2983 |
| 14177419 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2020 02:08:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14117600 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2020 01:04:17 | Pay Pal Credit, Box 105658, Atlanta, GA 30348-5658 |
| 14952544 | + | Email/Text: bncmail@w-legal.com | Oct 29 2020 02:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14117603 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2020 01:04:17 | Sams Club, Box 530942, Atlanta, GA 30353-0942 |
| 14117605 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2020 01:06:08 | Synchnony Bank, Box 960061, Orlando, FL 32896-0061 |
| 14177772 | | Email/Text: BKMail@tiaabank.com | Oct 29 2020 02:37:00 | EverBank, 301 West Bay Street, Jacksonville, FL 32202 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. C/O Pennymac Loan Services, |
| cr | | Bank of America, N.A. |
| cr | | EverBank |
| cr | | EverBank |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC AS SERVICER FOR BANK O |
| cr | | Pennymac Loan Services, LLC |
| cr | * | Dollar Bank, FSB, Three Gateway Center, Pittsburgh, PA 15222 |
| 14177526 | *+ | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OH 44101-4982 |
| 14174852 | *+ | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101-4982 |

TOTAL: 7 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2020         Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

**Name**         **Email Address**

| District/off: 0315-2 | User: jfur | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 36 |

Alexandra Teresa Garcia
    on behalf of Creditor EverBank ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com

Ann E. Swartz
    on behalf of Creditor EverBank ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com

Beth L. Slaby
    on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com

Brad L. Hamric
    on behalf of Joint Debtor Melanie Michel hamriclaw@comcast.net

Brad L. Hamric
    on behalf of Debtor Greggory Michel hamriclaw@comcast.net

Celine P. DerKrikorian
    on behalf of Creditor EverBank ecfmail@mwc-law.com

David W. Raphael
    on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com

Jerome B. Blank
    on behalf of Creditor Bank of America  N.A. pawb@fedphe.com

Joseph A. Dessoye
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

Joseph P. Schalk
    on behalf of Creditor Bank of America  N.A. jschalk@barley.com, sromig@barley.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul William Cressman
    on behalf of Creditor Bank of America  N.A. pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC pawb@fedphe.com

Thomas Song
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC AS SERVICER FOR BANK OF AMERICA, N.A. pawb@fedphe.com

TOTAL: 16