| **Information to identify the case:** | |
|---|---|
| Debtor 1 | **Greggory Michel** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Melanie Michel** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| Social Security number or ITIN | xxx–xx–4230 |
| EIN | _ _–_ _ _ _ _ _ _ |
| Social Security number or ITIN | xxx–xx–6448 |
| EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **15–23662–JAD**

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Greggory Michel                                          Melanie Michel

12/29/20                                                **By the court:**    <u>Jeffery A. Deller</u>
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Greggory Michel  
Melanie Michel  
    Debtor(s)

Case No. 15-23662-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 4  
Date Rcvd: Dec 29, 2020      Form ID: 3180W      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Greggory Michel, Melanie Michel, 131 Broadlawn Drive, Elizabeth, PA 15037-2044 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14117595 | + | Dollar Bank, Box 8469, Canton, OH 44711-8469 |
| 14176125 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15208417 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14176124 | | Dollar Bank, FSB, Three Gateway Center, Pittsburgh, PA 15222 |
| 14117596 | + | Even Home Mortgage, Box 530579, Atlanta, GA 30353-0579 |
| 14117597 | + | First National Bank of Omaha, Box 2557, Omaha, NE 68103-2557 |
| 14163829 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14117599 | + | Navigant Credit Union, 1005 Douglas Pike, Smithfield, RI 02917-1206 |
| 14297977 | + | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE, MOORPARK, CA 93021-2602 |
| 14125513 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14117602 | | PNC Bank, Box 856177, Atlanta, GA 30353 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 30 2020 05:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2020 01:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 30 2020 05:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2020 01:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bncmail@w-legal.com | Dec 30 2020 02:00:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14117591 | + | Email/Text: servicing@afcfirst.com | Dec 30 2020 02:00:00 | AFC First Financial, Box 3558, Allentown, PA 18106-0558 |
| 14185644 | | EDI: BANKAMER.COM | Dec 30 2020 05:43:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, PA 33631-3785 |

Case 15-23662-JAD    Doc 79    Filed 12/31/20    Entered 01/01/21 00:38:26    Desc Imaged
                                Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: dkam | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 29, 2020 | Form ID: 3180W | Total Noticed: 37 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 14117592 | + | EDI: BANKAMER.COM | Dec 30 2020 05:43:00 | Bank of America, Box 31785, Tampa, FL 33631-3785 |
| 14117590 | + | EDI: CITICORP.COM | Dec 30 2020 05:43:00 | Best Buy, Box 6204, Sioux Falls, SD 57117-6204 |
| 14155284 | | EDI: BL-BECKET.COM | Dec 30 2020 05:43:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14117604 | | EDI: CITICORP.COM | Dec 30 2020 05:43:00 | Sears, Box 183082, Columbus, OH 43218 |
| 14162547 | + | EDI: WFNNB.COM | Dec 30 2020 05:43:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14117593 | + | EDI: CAPITALONE.COM | Dec 30 2020 05:43:00 | Capital One, Box 71083, Charlotte, NC 28272-1083 |
| 14141239 | | EDI: CAPITALONE.COM | Dec 30 2020 05:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14117594 | + | EDI: DISCOVER.COM | Dec 30 2020 05:43:00 | Discover, Box 71084, Charlotte, NC 28272-1084 |
| 14121924 | | EDI: DISCOVER.COM | Dec 30 2020 05:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14117598 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 30 2020 01:59:00 | Kohls, Box 2983, Milwaukee, WI 53201-2983 |
| 14117601 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2020 01:59:00 | PNC, Box 3429, Pittsburgh, PA 15230 |
| 14140363 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2020 01:59:00 | PNC BANK, N/A, P O BOX 94982, CLEVELAND OHIO 44101 |
| 14177510 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2020 01:59:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OH 44141-0570 |
| 14177419 | | EDI: PRA.COM | Dec 30 2020 05:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14117600 | + | EDI: RMSC.COM | Dec 30 2020 05:43:00 | Pay Pal Credit, Box 105658, Atlanta, GA 30348-5658 |
| 14952544 | + | Email/Text: bncmail@w-legal.com | Dec 30 2020 02:00:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14117603 | + | EDI: RMSC.COM | Dec 30 2020 05:43:00 | Sams Club, Box 530942, Atlanta, GA 30353-0942 |
| 14117605 | + | EDI: RMSC.COM | Dec 30 2020 05:43:00 | Synchnony Bank, Box 960061, Orlando, FL 32896-0061 |
| 14177772 | | Email/Text: BKMail@tiaabank.com | Dec 30 2020 01:59:00 | EverBank, 301 West Bay Street, Jacksonville, FL 32202 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. C/O Pennymac Loan Services, |
| cr | | Bank of America, N.A. |
| cr | | EverBank |
| cr | | EverBank |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC AS SERVICER FOR BANK O |
| cr | | Pennymac Loan Services, LLC |
| cr | * | Dollar Bank, FSB, Three Gateway Center, Pittsburgh, PA 15222 |
| 14177526 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, N.A., PO BOX 94982, CLEVELAND, OH 44141-0570 |
| 14174852 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, N.A., |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 3 of 4 |
| Date Rcvd: Dec 29, 2020 | Form ID: 3180W | Total Noticed: 37 |

PO BOX 94982, CLEVELAND, OHIO 44101

TOTAL: 7 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Alexandra Teresa Garcia
    on behalf of Creditor EverBank ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com

Ann E. Swartz
    on behalf of Creditor EverBank ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com

Beth L. Slaby
    on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com

Brad L. Hamric
    on behalf of Joint Debtor Melanie Michel hamriclaw@comcast.net

Brad L. Hamric
    on behalf of Debtor Greggory Michel hamriclaw@comcast.net

Brian Nicholas
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Celine P. DerKrikorian
    on behalf of Creditor EverBank ecfmail@mwc-law.com

David W. Raphael
    on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com

Jerome B. Blank
    on behalf of Creditor Bank of America  N.A. pawb@fedphe.com

Joseph A. Dessoye
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

Joseph P. Schalk
    on behalf of Creditor Bank of America  N.A. jschalk@barley.com, sromig@barley.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul William Cressman
    on behalf of Creditor Bank of America  N.A. pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC pawb@fedphe.com

Thomas Song

| District/off: 0315-2 | User: dkam | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 29, 2020 | Form ID: 3180W | Total Noticed: 37 |

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC AS SERVICER FOR BANK OF AMERICA, N.A.
pawb@fedphe.com

TOTAL: 17