**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/29/20 5:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   GREGGORY MICHEL
   MELANIE MICHEL
            Debtor(s)

   Ronda J. Winnecour
            Movant
      vs.
   No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 15-23662-JAD

Chapter 13

Related To Doc. No. 65

**ORDER OF COURT**

AND NOW, this 29th day of December, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4) Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

mas

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Greggory Michel  
Melanie Michel  
    Debtor(s)

Case No. 15-23662-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 3  
Date Rcvd: Dec 29, 2020      Form ID: pdf900      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Greggory Michel, Melanie Michel, 131 Broadlawn Drive, Elizabeth, PA 15037-2044 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14185644 | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, PA 33631-3785 |
| 14117592 | + | Bank of America, Box 31785, Tampa, FL 33631-3785 |
| 14117590 | + | Best Buy, Box 6204, Sioux Falls, SD 57117-6204 |
| 14155284 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14117604 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Sears, Box 183082, Columbus, OH 43218 |
| 14117595 | + | Dollar Bank, Box 8469, Canton, OH 44711-8469 |
| 14176125 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15208417 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14176124 | | Dollar Bank, FSB, Three Gateway Center, Pittsburgh, PA 15222 |
| 14117596 | + | Even Home Mortgage, Box 530579, Atlanta, GA 30353-0579 |
| 14117597 | + | First National Bank of Omaha, Box 2557, Omaha, NE 68103-2557 |
| 14163829 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14117599 | + | Navigant Credit Union, 1005 Douglas Pike, Smithfield, RI 02917-1206 |
| 14297977 | + | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE, MOORPARK, CA 93021-2602 |
| 14125513 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14117602 | | PNC Bank, Box 856177, Atlanta, GA 30353 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Dec 30 2020 02:00:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14117591 | + | Email/Text: servicing@afcfirst.com | Dec 30 2020 02:00:00 | AFC First Financial, Box 3558, Allentown, PA 18106-0558 |
| 14162547 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2020 01:59:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14117593 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 30 2020 02:36:16 | Capital One, Box 71083, Charlotte, NC 28272-1083 |
| 14141239 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 30 2020 02:24:28 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14117594 | + | Email/Text: mrdiscen@discover.com | Dec 30 2020 01:59:00 | Discover, Box 71084, Charlotte, NC 28272-1084 |
| 14121924 | | Email/Text: mrdiscen@discover.com | Dec 30 2020 01:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14117598 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 30 2020 01:59:00 | Kohls, Box 2983, Milwaukee, WI 53201-2983 |
| 14117601 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2020 01:59:00 | PNC, Box 3429, Pittsburgh, PA 15230 |
| 14140363 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2020 01:59:00 | PNC BANK, N/A, P O BOX 94982, CLEVELAND OHIO 44101 |
| 14177510 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2020 01:59:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OH 44141-0570 |
| 14177419 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2020 02:24:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14117600 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2020 02:29:43 | Pay Pal Credit, Box 105658, Atlanta, GA 30348-5658 |
| 14952544 | + | Email/Text: bncmail@w-legal.com | Dec 30 2020 02:00:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14117603 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2020 02:29:42 | Sams Club, Box 530942, Atlanta, GA 30353-0942 |
| 14117605 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2020 02:24:24 | Synchnony Bank, Box 960061, Orlando, FL 32896-0061 |
| 14177772 | | Email/Text: BKMail@tiaabank.com | Dec 30 2020 01:59:00 | EverBank, 301 West Bay Street, Jacksonville, FL 32202 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. C/O Pennymac Loan Services, |
| cr | | Bank of America, N.A. |
| cr | | EverBank |
| cr | | EverBank |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC AS SERVICER FOR BANK O |
| cr | | Pennymac Loan Services, LLC |
| cr | * | Dollar Bank, FSB, Three Gateway Center, Pittsburgh, PA 15222 |
| 14177526 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, N.A., PO BOX 94982, CLEVELAND, OH 44141-0570 |
| 14174852 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |

TOTAL: 7 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2020  Signature: /s/Joseph Speetjens

Case 15-23662-JAD    Doc 80    Filed 12/31/20    Entered 01/01/21 00:38:26    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 3 of 3 |
| Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 35 |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor EverBank ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | on behalf of Creditor EverBank ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Beth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brad L. Hamric | on behalf of Joint Debtor Melanie Michel hamriclaw@comcast.net |
| Brad L. Hamric | on behalf of Debtor Greggory Michel hamriclaw@comcast.net |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor EverBank ecfmail@mwc-law.com |
| David W. Raphael | on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com |
| Jerome B. Blank | on behalf of Creditor Bank of America  N.A. pawb@fedphe.com |
| Joseph A. Dessoye | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Joseph P. Schalk | on behalf of Creditor Bank of America  N.A. jschalk@barley.com, sromig@barley.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul William Cressman | on behalf of Creditor Bank of America  N.A. pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC AS SERVICER FOR BANK OF AMERICA, N.A. pawb@fedphe.com |

TOTAL: 17