**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

GREGGORY MICHEL
MELANIE MICHEL
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:15-23662 JAD

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 10/05/2015 and confirmed on 11/30/2015. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 177,068.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 177,068.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,800.00 | |
|     Trustee Fee | 7,994.47 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,794.47 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PENNYMAC LOAN SERVICES LLC | 0.00 | 65,166.34 | 0.00 | 65,166.34 |
|     Acct: 4782 | | | | |
| DOLLAR BANK FSB(*) | 7,637.30 | 7,637.30 | 0.00 | 7,637.30 |
|     Acct: 3464 | | | | |
| PENNYMAC LOAN SERVICES LLC | 1,554.15 | 1,554.15 | 0.00 | 1,554.15 |
|     Acct: 4782 | | | | |
| NAVIGANT CREDIT UNION | 9,566.47 | 9,566.47 | 984.52 | 10,550.99 |
|     Acct: 2920 | | | | |
| PNC BANK NA | 8,991.81 | 8,991.81 | 344.84 | 9,336.65 |
|     Acct: 0808 | | | | |
| PNC BANK NA | 11,220.76 | 11,220.76 | 1,171.71 | 12,392.47 |
|     Acct: 3044 | | | | |
| EVERBANK(*) | 10,513.88 | 10,513.88 | 1,096.83 | 11,610.71 |
|     Acct: 9150 | | | | |
| | | | | 118,248.61 |
| **Priority** | | | | |
| BRAD HAMRIC PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| GREGGORY MICHEL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRAD HAMRIC PC | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EVERBANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9150 | | | | |
| EVERBANK(*) | 1,298.00 | 1,298.00 | 0.00 | 1,298.00 |
| Acct: 9150 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK U | 139.01 | 139.01 | 0.00 | 139.01 |
| Acct: XXXXXXXXXXXXXXXXXXXCORP | | | | |
| RONDA J WINNECOUR PA ID #30399** | 87.10 | 87.10 | 0.00 | 87.10 |
| Acct: $/OE | | | | |
| | | | | 1,524.11 |
| **Unsecured** | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,761.83 | 1,700.40 | 0.00 | 1,700.40 |
| Acct: 2526 | | | | |
| AFC FIRST FINANCIAL CORP | 1,899.46 | 1,694.22 | 0.00 | 1,694.22 |
| Acct: | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 1,115.09 | 1,076.22 | 0.00 | 1,076.22 |
| Acct: 4681 | | | | |
| DISCOVER BANK(*) | 3,023.13 | 2,917.73 | 0.00 | 2,917.73 |
| Acct: 2592 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 1,829.79 | 1,765.99 | 0.00 | 1,765.99 |
| Acct: 9437 | | | | |
| CAPITAL ONE NA** | 1,935.00 | 1,867.54 | 0.00 | 1,867.54 |
| Acct: 1626 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY BA | 662.38 | 639.29 | 0.00 | 639.29 |
| Acct: 3540 | | | | |
| PNC BANK NA | 3,341.15 | 3,224.67 | 0.00 | 3,224.67 |
| Acct: 5834 | | | | |
| GECC/SAMS CLUB++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 11,205.06 | 10,814.41 | 0.00 | 10,814.41 |
| Acct: 3572 | | | | |
| MIDLAND FUNDING LLC | 8,682.69 | 8,379.98 | 0.00 | 8,379.98 |
| Acct: 6730 | | | | |
| MIDLAND FUNDING LLC | 5,109.95 | 4,931.80 | 0.00 | 4,931.80 |
| Acct: 1792 | | | | |
| MIDLAND FUNDING LLC | 6,347.42 | 6,126.13 | 0.00 | 6,126.13 |
| Acct: 1792 | | | | |
| PNC BANK NA | 473.37 | 456.87 | 0.00 | 456.87 |
| Acct: 8704 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 938.27 | 905.56 | 0.00 | 905.56 |
| Acct: 3671 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY PC (FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 46,500.81 |

TOTAL PAID TO CREDITORS                                                                                           166,273.53

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 1,524.11 |
| SECURED | 49,484.37 |
| UNSECURED | 48.324.59 |

Date: 02/23/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com